**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MEGAN GAUTHIER,
Plaintiff,
v.
BELLAGIO, LLC,
Defendant.

Case No. 2:26-cv-02135-CDS-NJK

**Order**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1.

Plaintiff filed an *in forma pauperis* application and proposed order for the Clark County District Court; however, those are not the proper filings for this Court. *See id.*

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Docket No. 1. No later than **July 29, 2026**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the long form *in forma pauperis* application for non-prisoners.

IT IS SO ORDERED.

Dated: July 15, 2026

Nancy J. Koppe
United States Magistrate Judge