**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Megan Gauthier,

Plaintiff(s),

v.

Bellagio, LLC,

Defendant(s).

Case No. 2:26-cv-02135-CDS-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). If a stay of discovery is sought, a request for that relief addressing the governing standards must be filed by November 13, 2026. If such a request is not filed, the parties must file a joint discovery plan by November 20, 2026.

IT IS SO ORDERED.

Dated: November 6, 2026

Nancy J. Koppe
United States Magistrate Judge